No. 39531.—Protests 203977–G, etc., of J. W. Levy Corp. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, trays, place-card stands, photo frames, bottles, baskets, flasks, vases, napkin rings, and boxes chiefly used on the table, in the kitchen or household for utilitarian purposes, or hollow ware. The claim at 40 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.